UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JADEN TAYLOR PLANK,

**INDICTMENT**

    Defendant.

_____/

The Grand Jury charges:

### Assault by Strangulation

On or about November 29, 2023, in Chippewa County, on lands held in trust by the United States for the benefit of the Sault Ste. Marie Tribe of Chippewa Indians, in the Western District of Michigan, Northern Division, Defendant,

**JADEN TAYLOR PLANK,**

an Indian, assaulted his intimate and dating partner, WS, by strangling and attempting to strangle her.

18 U.S.C. § 113(a)(8)
18 U.S.C. § 113(b)(3), (4)
18 U.S.C. § 2266(7)(A)(i)
18 U.S.C. § 2266(10)
18 U.S.C. § 1151
18 U.S.C. § 1153

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
THEODORE J. GREELEY
Assistant United States Attorney